Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Upon appellant's plea of guilty he was convicted for the sale of intoxicating liquor, and his punishment assessed at confinement in the penitentiary for one year. No statement of facts nor any bills of exception appear in the record. In this condition, nothing is brought forward for review. The judgment is affirmed.

## 1

John TERRY v. STATE. (No. 8997.) (Court of Criminal Appeals of Texas. Dec. 3, 1924. Rehearing Denied Jan. 14, 1925.) Appeal from District Court, Wise County; F. O. McKinsey, Judge. M. W. Burch, of Decatur, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Wise county of selling intoxicating liquor, upon his plea of guilty, and his punishment fixed at one year in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment is in conformity with the law, as is the charge of the court upon a plea of guilty. Finding no error in the record, the judgment will be affirmed.

## 2

John TERRY v. STATE. (No. 8998.) (Court of Criminal Appeals of Texas. Dec. 3, 1924. Rehearing Denied Jan. 14, 1925.) Appeal from District Court, Wise County; F. O. McKinsey, Judge. M. W. Burch, of Decatur, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Upon appellant's plea of guilty he was convicted for the sale of intoxicating liquor, and his punishment assessed at confinement in the penitentiary for one year. No statement of facts nor any bills of exception appear in the record. In this condition, nothing is brought forward for review. The judgment is affirmed.

## 3

Mabel WHITE et al., Appellants, v. Sherman PIERCE, Appellee. (No. 7230.) (Court of Civil Appeals of Texas. San Antonio. Dec. 1, 1924. Rehearing Denied Jan. 7, 1925.) Appeal from District Court, Bexar County; R. B. Minor, Judge. D. R. Pickens, of San Antonio, for appellants. Schlessinger & Schlessinger, of San Antonio, for appellee.

FLY, C. J. This purports to be an action of trespass to try title to and for partition of certain lots of land, known as lot 14, block 41, new city block 645, in the city of San Antonio, and lot 6, block, section C, Hardin county, Tex., instituted by Mabel White and her husband, Charles White, against appellee, Sherman Pierce. The cause was tried by the court without a jury, and judgment rendered that appellants take nothing by their suit. Appellants claimed to have an interest in the property, but failed to produce any deed to the same, and failed to show any equitable or legal interest in the property. In other words, there was an utter failure to establish any right, title, or interest in the property. The disjointed and loose conversations held by witnesses with one Franklin Pierce, as to what he intended to do about the property, failed to show that Mabel White ever paid any money on the land, or that she was entitled to any interest in it. No regard whatever has been paid by either party to the rules of briefing, and both refer to facts which are not disclosed by the statement of facts, but they seem to think that the allegations in their respective pleadings are sufficient proof of those facts. There is no merit in the appeal, and the judgment is affirmed.

## 4

STATE of Missouri, Resp., v. Albert QUALLS, alias Gray Eyes, App. (No. 25335.) (Supreme Court of Missouri, Division No. 2. Dec. 31, 1924.) Appeal from Circuit Court, Dunklin County; W. S. C. Walker, Judge. H. B. Pankey and H. H. McHaney, both of Kennett, for appellant. Jesse W. Barrett, Atty. Gen., and J. Henry Caruthers, Asst. Atty. Gen., for the State.

WHITE, J. On a trial in the circuit court of Dunklin county a jury found the defendant guilty of murder in the first degree, and assessed his punishment at imprisonment in the penitentiary for life. He was duly sentenced and appealed. The record here shows that no bill of exceptions was filed, so that we have only the record proper. The information filed by James V. Billings, the prosecuting attorney, was in three counts. At the close of the evidence the state elected to ask for conviction upon the first count, and the cause was nollied as to the second and third counts. The first count states that June 12, 1923, in Dunklin county, Mo., Albert Qualls, in the perpetration of a robbery from the person and upon one Shelby L. Talley, feloniously, willfully, deliberately, premeditatedly, and of malice aforethought, did make an assault, etc., and with an iron pick strike the said Talley in the head, producing a mortal wound, from which the said Talley instantly died. The information is in correct form and precise in every particular. A nunc pro tunc entry shows that the verdict was returned November 20, 1923, motion for new trial filed November 23, 1923, and overruled December 3, 1923, and thereafter on the same day judgment and sentence pronounced. We are unable to find any error in the record presented. The judgment, therefore, is affirmed.

DAVID E. BLAIR, P. J., concurs.
WALKER, J., absent.

## 5

STATE of Missouri, Resp., v. Willie VANCE, Jr., App. (No. 25620.) (Supreme Court of Missouri, Division No. 2. Dec. 31, 1924.) Appeal from Circuit Court, Ray County; Ralph Hughes, Judge. A. P. Hamilton, of Richmond, for appellant. Jesse W. Barrett, Atty. Gen.,